[No. 3580–8–III. Division Three. January 13, 1981.]

THE CITY OF SPOKANE, ET AL, *Respondents,* v. EDWARD
M. TESDAHL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 234933, John J. Lally, J., entered July
24, 1979. *Dismissed* by unpublished opinion per McInturff,
C.J., concurred in by Munson and Roe, JJ.

[No. 3587–II. Division Two. January 15, 1981.]

GARY SHINKOSKEY, *Respondent,* v. DELMIS V.
HOUK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 258067, James V. Ramsdell, J., entered June
30, 1978. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Pearson, A.C.J., and Petrich, J.

[No. 4078–II. Division Two. January 15, 1981.]

MARY BELL, *Appellant,* v. COMFORT, DOLACK,
HANSLER & BILLETT, INC., P.S., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 265025, Robert A. Jacques, J., entered March
16, 1979. *Affirmed* by unpublished opinion per Pearson, J.,
concurred in by Reed, C.J., and Johnson, J. Pro Tem.

[No. 4178–II. Division Two. January 15, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIS
THAYER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR–326, John H. Kirkwood, J.,
entered June 29, 1979. *Affirmed* by unpublished opinion
per Reed, C.J., concurred in by Pearson and Petrich, JJ.